# EXHIBIT A



**GASS  WEBER  MULLINS  LLC**
309  N  WATER  ST  MILWAUKEE  WI  53202
TEL  414  223  3300  FAX  414  224  6116
www.gasswebermullins.com

RALPH A. WEBER
DIRECT DIAL: 414-224-7698
weber@gasswebermullins.com

<u>**VIA ELECTRONIC MAIL**</u>

December 4, 2015

Thomas L. Shriner, Jr.
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, WI  53202

Dear Tom:

     Thank you for our recent conversations about potential avenues to a mutually agreeable and productive resolution.

     To that end, as we discussed, would you please obtain and forward the following:

1.     Company income tax returns for the last five years;

2.     Latest interim financial statements (and interim financial statements for the comparable period of the previous year);

3.     Current list of assets owned by the company that are not directly used in the business operations, together with estimates of the current market value of these nonoperating assets.

     a.   As to land within this category, please also provide the most recent property tax bills.

4.     Any company budget, business plan and financial projections currently in place, or if none, then the most recent such budget, business plan and financial projections.

Thank you.

     Sincerely,

     Ralph A. Weber

RAW:lg

Thomas L. Shriner, Jr.
December 4, 2015
Page 2


bcc: John Dewey
    Thomas J. Duffey, Jr.