# EXHIBIT B

GASS WEBER MULLINS LLC
309 N WATER ST MILWAUKEE WI 53202
TEL 414 223 3300 FAX 414 224 6116
www.gasswebermullins.com



VIA ELECTRONIC MAIL

RALPH A. WEBER
DIRECT DIAL: 414-224-7698
weber@gasswebermullins.com

January 22, 2016

Thomas L. Shriner, Jr.
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, WI 53202

Dear Tom:

    Thank you for arranging to obtain the financial materials. We will send a messenger over on Monday in the early afternoon assuming that works with your schedule.

    John Dewey agrees that the financial materials being provided in response to his request will be kept confidential by him and his advisors. The materials are to be used in order to estimate the value of his shares.

                                   Sincerely,

                                   Ralph A. Weber

RAW:lg

Thomas L. Shriner, Jr.
January 22, 2016
Page 2

bcc: John Dewey (via Electronic Mail)
 Thomas J. Duffey, Jr. (via Electronic Mail)