# EXHIBIT F



FOLEY & LARDNER LLP

ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
WWW.FOLEY.COM

December 7, 2016

**By E-Mail**

Ralph A. Weber, Esq.
Gass Weber Mullins LLC
309 North Water Street
Suite 700
Milwaukee, Wisconsin 53202

Dear Ralph:

In response to your letter emailed to me last week, I wanted to let you know that we will not be able to give you a response by today, as you requested. I was out of town from Friday till Monday and didn't get a chance to talk to my client about this till yesterday. Putting aside for the moment the questions whether the request is made in good faith or for a proper purpose, the request is extraordinarily broad, extending beyond records of the Companies and to many records that neither John nor Nancy Dewey has a right to inspect under the statute. Moreover, they already provably have much of the information that you are requesting

Given the expense and inconvenience to which Mr. Dewey has already subjected the Companies in years of meritless litigation, they are understandably not inclined simply to undertake the considerable expense that they would incur by complying with the current demand, without first giving careful consideration to their legal obligation to do so. I reserve all such matters for the present but expect to be able to respond to you by next week.

But in the spirit in which you and I have been discussing a potential resolution of issues between John Dewey and the Companies, I have to ask why you have not responded to my email of October 12, with which I sent you (for the second time, I think) the lists of real estate not being used or held for future use by P&D and NEA. You had said in our conversation a couple of weeks earlier that Mr. Dewey had identified additional properties meeting that description that were not on those lists, and I thought that you were going to identify those properties so that I could investigate the situation and try to get back to you about it, with a view toward eliminating what seemed to be a significant source of misunderstanding on Mr. Dewey's part. I have heard nothing from you in that regard. The discussions in which the subject arose related directly to the value of Mr. Dewey's

BOSTON         JACKSONVILLE   MILWAUKEE      SAN DIEGO        TALLAHASSEE
BRUSSELS       LOS ANGELES    NEW YORK       SAN FRANCISCO    TAMPA
CHICAGO        MADISON        ORLANDO        SHANGHAI         TOKYO
DETROIT        MIAMI          SACRAMENTO     SILICON VALLEY   WASHINGTON, D.C.

4843-8547-9229.1



shareholdings and your expert/consultant's views in that regard, which you shared with me. I am very much at a loss to understand how any of the information that you are asking for in your most recent letter would bring us closer to a sense of the Companies' value than the substantial materials that we have already given you and which your expert has already reviewed.

Very truly yours,

Thomas L. Shriner, Jr.